The People *v.* Van Horne.

costs; whilst the plaintiff contended that he was entitled to no more costs than damages or the value of the goods found in his favor.

*By the Court.* By *avowing* and justifying the taking, the defendant assumed the attitude of a plaintiff, and of course is entitled to no more costs than damages.

---

THE PEOPLE *vs.* TILTON and others.

WHEN a cause is submitted on *written arguments,* the prevailing party is not entitled to tax against his adversary the *arguments;* all he can claim is an allowance for the *points* made in the case, to a reasonable extent.

---

ANON.

A DEFENDANT is not bound to move for change of venue before plea put in, but if he moves after plea and the effect of his delay is to throw the plaintiff over a circuit, the motion will be denied with costs.

---

ANON.                                    [515]

WHEN the subject-matter of a motion arises at so late a period that notice cannot be given for the first day of a special term, it may be given for a subsequent day at the peril of the party. (5 *Cowen,* 31.)

---

FAYETTE *vs.* OSWEGO C. P.

IN a suit against the *maker* and *endorser* of a note, one defendant may sue out a *certiorari* without summons and severance.

---

THE PEOPLE, *ex rel.* Simpson, *vs.* VAN HORNE and HIMROD.

Where there is a failure to elect a *supervisor* at an annual town meeting, in consequence of a *tie* in the votes of the electors, and the meeting adjourns without *electing* any person to fill that office, it is competent for three justices of the town to *appoint* a suitable person to the office, who, and not a person subsequently elected at a *special town meeting,* is entitled to hold the office.

◊ 34, 35 and 36 of the act on the subject of town officers relate to cases where officers have been *duly elected* or *appointed,* and the offices have subsequently been *vacated,* by refusal to serve, death, resignation, removal, or incapacity.

By Chief Justice SAVAGE. The question in this case, is, who is the legal incumbent of the office of supervisor of the town of Ovid?

At the annual town meeting in 1834, William Smith was elected supervisor; in the autumn of that year he removed from the town, and the defendant, William C. Van Horne, was appointed to supply the vacancy. He was, of course, authorized to serve out the residue of the term, in the same manner as William Smith would have done had he not vacated the office by removal. At the annual town meeting in April, 1835, two candidates were supported, and had an [516] equal number of votes; there was, therefore, no choice. The consequence was that W. C. Van Horne continued to hold the office, and strictly speaking there

271